UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: }
ROGERS, FELICIA L. } Case No. 12-81554
　　　　　*Debtor(s).* } Chapter 7

**MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE
BY PUBLIC SALE, AND NOTICE OF PROPOSED SALE , FREE AND
CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

COMES NOW Gerald R. Miller, Trustee, by and through his attorney, Gerald R. Miller, and for his Motion for Authority to Sell Property of the Estate by Public Sale, Free and Clear of all Liens, Claims, Encumbrances and Interests, and Notice of Proposed Sale, states as follows:

1. The Debtor's voluntary Chapter 7 petition was filed on October 29, 2012, in the Eastern District of Oklahoma.

2. The Trustee desires to sell all of the bankruptcy estate's right, title, and interest in and to the following described property, to wit:

> Any and all of the interests of Debtor, Felicia L. Rogers, in and to all of the oil, gas, and other minerals of every kind and character lying in, under and which may be produced from the Debtor's interest in the following described property, to wit:
>
> The West Half of the Southwest Quarter of Section 29, and the Northwest Quarter of the Northwest Quarter of Section 32, and the Northeast Quarter of the Northeast Quarter of Section 31, all in Township 12 North of Range 26 West of the Indian Meridian, Roger Mills County, Oklahoma
> (hereinafter the "Property.")

The Trustee proposes to sell said Property by public sale upon proper notice, free and clear of all liens, claims, encumbrances, and interests.

3. Dakil Auctioneers, Inc. was appointed auctioneer in this matter by the Court's order of January 28, 2013, and is prepared to sell the Property at public auction upon proper notice.

4. The Trustee desires to sell said Property at public auction at 10:00 a.m. on June 11, 2013, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party, and requests that the Court enter an Order authorizing him to do so.

5. Notice is hereby given to all interested parties that Gerald R. Miller, Trustee herein, pursuant to Bankruptcy Rules 2002 (a)(2) and 6004 (a)(e)(1), proposes to sell, other than in the ordinary course of business, the Property as herein described at public auction at 10:00 a.m. on June 11, 2013, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party.

WHEREFORE, the Trustee applies to the Court for an order approving the sale of the Property as herein described at public auction at 10:00 a.m. on June 11, 2013, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party. Notice of said proposed sale is hereby given to all interested parties.

GERALD R. MILLER, PC

BY: s/Gerald R. Miller
Gerald R. Miller, OBA #6205
112 N. 7th Street, P.O. Box 2667
Muskogee, OK 74402-2667
(918) 687-1347
Attorney for Trustee